# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL KESLOSKY,** : | |
|     **Plaintiff** : | |
|     **v.** : | |
| **BOROUGH OF OLD FORGE, et al.,** : | **3:08-CV-1240** |
|     : | **(JUDGE MARIANI)** |
|     **Defendants** : | |
|     **v.** : | |
| **MUNICIPAL POLICE OFFICERS** : | |
| **EDUCATION AND TRAINING** : | |
| **COMMISSION,** : | |
|     **Third-Party Defendant** : | |

## ORDER

**AND NOW, THIS 11th DAY OF DECEMBER, 2014,** upon consideration of the Motion for Summary Judgment of Defendants, Borough of Old Forge, Lawrence A. Semenza, Anthony J. Toquato, Jr., David Scarnato, Alan Heyen, Shirley Helbing, and James P. Minella (Doc. 104), and all accompanying briefs, **IT IS HEREBY ORDERED THAT** the motion is **GRANTED IN PART AND DENIED IN PART**, to wit:

1. The motion is **GRANTED** as to Count II (First Amendment retaliation) of Plaintiff's Amended Complaint and judgment is entered **IN FAVOR OF** Defendants, Borough of Old Forge, Lawrence A. Semenza, Anthony J. Toquato, Jr., David Scarnato, Alan Heyen, Shirley Helbing, and James P. Minella.

2. The motion is **GRANTED** as to Count III (42 U.S.C. § 1983) of Plaintiff's Amended Complaint and judgment is entered **IN FAVOR OF** Defendants, Borough of Old Forge, Lawrence A. Semenza, Anthony J. Toquato, Jr., David Scarnato, Alan Heyen, Shirley Helbing, and James P. Minella.

3. The motion is **GRANTED IN PART AND DENIED IN PART** as to Count IV (38 U.S.C. § 4301, *et seq.*) of Plaintiff's Amended Complaint.

    a. The motion is **GRANTED** with respect to Defendants Lawrence A. Semenza, Anthony J. Toquato, Jr., David Scarnato, Alan Heyen, Shirley Helbing, and James P. Minella and judgement is entered **IN FAVOR OF** these Defendants.

    b. The motion is **DENIED** with respect to Defendant Borough of Old Forge.

4. The motion is **GRANTED IN PART AND DENIED IN PART** as to Count V (51 P.S. § 7101, *et seq.*) of Plaintiff's Amended Complaint.

    a. The motion is **GRANTED** with respect to Defendants Lawrence A. Semenza, Anthony J. Toquato, Jr., David Scarnato, Alan Heyen, Shirley Helbing, and James P. Minella and judgement is entered **IN FAVOR OF** these Defendants.

    b. The motion is **DENIED** with respect to Defendant Borough of Old Forge.

5. The motion is **GRANTED** as to Count VI (43 P.S. § 955(a) - national origin/ancestry) of Plaintiff's Amended Complaint and judgment is entered **IN FAVOR OF** sole Defendant Borough of Old Forge

6. The motion is **GRANTED** as to Count VII (43 P.S. § 955(a) - religion) of Plaintiff's Amended Complaint and judgment is entered **IN FAVOR OF** sole Defendant Borough of Old Forge.

7. The motion is **GRANTED** as to Count VIII (43 P.S. § 955(d)) of Plaintiff's Amended Complaint and judgment is entered **IN FAVOR OF** sole Defendant Borough of Old Forge.

8. The motion is **GRANTED** as to Count IX (42 U.S.C. § 2000e, *et seq.*) of Plaintiff's Amended Complaint and judgment is entered **IN FAVOR OF** sole Defendant Borough of Old Forge.

9. The case will be scheduled for trial on Counts IV and V.

10. A telephone scheduling conference will be held on **Friday, January 9, 2015 at 11:15 a.m.** Counsel for the Plaintiff is responsible for arranging the call to (570) 207-5750, and all parties should be ready to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Court Judge