THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL KESLOSKY, | : |
| Plaintiff | : |
| v. | : |
| BOROUGH OF OLD FORGE, et al., | : 3:08-CV-1240 |
| Defendants | : (JUDGE MARIANI) |
| v. | : |
| MUNICIPAL POLICE OFFICERS EDUCATION AND TRAINING COMMISSION, | : |
| Third-Party Defendant | : |

## ORDER

AND NOW, THIS 11th DAY OF DECEMBER, 2014, upon consideration of Defendant James Peperno's motion for summary judgment (Doc. 108) and all accompanying briefs, **IT IS HEREBY ORDERED THAT** James Peperno's motion is **GRANTED**.

Judgment is **HEREBY** accordingly entered **IN FAVOR OF DEFENDANT** James Peperno and **AGAINST PLAINTIFF** Michael Keslosky.

_____
Robert D. Mariani
United States District Judge