## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL KESLOSKY,                         :
                                          :
      Plaintiff                    :
                                          :
  v.                                      :
                                          :
BOROUGH OF OLD FORGE, et al.,             :     **3:08-CV-1240**
                                          :     **(JUDGE MARIANI)**
      Defendants                   :
                                          :
  v.                                      :
                                          :
MUNICIPAL POLICE OFFICERS                 :
EDUCATION AND TRAINING                    :
COMMISSION,                               :
                                          :
      Third-Party Defendant        :

## ORDER

**AND NOW, THIS** _11th_ **DAY OF DECEMBER, 2014**, upon consideration of

Third-Party Defendant Municipal Police Officers' Education and Training Commission's

motion for summary judgment (Doc. 101) and all accompanying briefs, **IT IS HEREBY**

**ORDERED THAT** MPOETC's motion is **GRANTED**.

Judgment is **HEREBY** accordingly entered **IN FAVOR OF THIRD PARTY**

**DEFENDANT** MPOETC and **AGAINST DEFENDANT-CROSS-CLAIM PLAINTIFF**, the

Borough of Old Forge.

Robert D. Mariani
United States District Judge