THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN MATHIS, EXECUTOR
FOR THE ESTATE OF
MICHAEL B. KESLOSKY, III, DECEASED,

    Plaintiff,

v.

BOROUGH OF OLD FORGE, et al.,

    Defendants.

3:08-CV-1240
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 18th DAY OF FEBRUARY, 2021, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. "Plaintiff's Renewed Motion for Judgment as a Matter of Law Pursuant to Federal Rule of Civil Procedure 50(b)" (Doc. 287) is **DENIED**.

2. "Plaintiff's Post-Trial Motion for a New Trial Pursuant to Federal Rule of Civil Procedure 59" (Doc. 288) is **DENIED**.

Robert D. Mariani
United States District Judge